**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**GREGORY CHRISTENSEN, an individual,**

**Plaintiff,**

**v.** **Case No.: 5:26-cv-00291-PGB-PRL**

**STANDARD INSURANCE COMPANY, a foreign corporation,**

**Defendant,**
_________________________________/

# ORDER

In this ERISA action, Defendant has filed an unopposed motion to file an unredacted administrative record on CD under seal. (Doc. 15). Defendant explains that the administrative record contains approximately 7,218 pages of documents, many of which contain confidential and sensitive financial, medical and personal identifying information of Plaintiff. Defendant claims that the substantial private medical and health information regarding Plaintiff cannot be redacted without obscuring information essential to a resolution of the case, including medical records.

Under these circumstances, the Court agrees that filing the entire administrative record under seal is warranted. Allowing public access to the personal information in the file would harm the plaintiff's legitimate privacy interests in her personal medical and financial information. Given the size of the record and the prevalence of confidential and sensitive information, redacting only that information is not a viable less restrictive alternative to sealing the entire record.

Accordingly, Defendant's unopposed motion for leave to file unredacted administrative record on CD under seal (Doc. 15) is **granted**.

DONE and ORDERED in Ocala, Florida on August 25, 2026.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Party